UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 2:15-mj-1045-BO

UNITED STATES OF AMERICA :
:
VS. : <u>ORDER</u>
:
BRANDON SATRE :
DEFENDANT :

**THIS MATTER** coming on to be heard before the undersigned Judge upon the motion to have the defendant's license returned and the court finds as a fact that on June 24, 2015, thirty (30) days will have passed since the defendant surrendered his license after having been charged with operating a motor vehicle under the influence of alcohol. **IT IS, THEREFORE, ORDERED** that the defendant's driver's license be mailed to him by the Clerk of the United States District Court, Eastern District Of North Carolina to: 17276 Pepperstock Lane, Jeffersonton, Virginia 22724, after June 24, 2015.

This 26th day of June, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE